UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAELA MILLER, | ) | CIVIL ACTION NO. 4:19-CV-871 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
|     Defendant | ) | |

## ORDER

IT IS HEREBY ORDERED THAT Plaintiff's request for the award of benefits, or in the alternative a new administrative hearing is GRANTED as follows:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment is issued in favor of the Plaintiff, Michaela Miller.

(4) The Clerk of Court is directed to CLOSE this case.

Date: May 4, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge